·239 So.2d 347

**Raymond M. SANCHEZ**

v.

**HAASE CONSTRUCTION COMPANY, Inc. and Continental Casualty Company.**

**No. 50721.**

Sept. 25, 1970.

Writ denied. On the facts found by the Court of Appeal the result is correct.